

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00204-CV

**$785 IN U.S. CURRENCY,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 98056

_____

## MEMORANDUM  OPINION

_____

Appellant presented a notice of appeal regarding a trial court order or judgment signed on May 25, 2018.  By letter dated July 27, 2018, the Clerk of this Court notified Appellant that the docketing statement was past due and must be filed within 21 days from the date of the letter.  No docketing statement was received and filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(b).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP.

P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2011). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellants.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 12, 2018
[CV06]

